# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ALMA HARE | § | |
| | § | |
| V. | § | CASE NO. 4:11cv551 |
| | § | (Judge Schneider/Judge Mazzant) |
| CROSS TIMBERS CARE CENTER | § | |
| MAE MCCLOYN and | § | |
| SANDRA KAY ROBINSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 29, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be **DISMISSED** without prejudice for lack of jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE